UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr0819-L |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER |
| v. ) | OF CRIMINAL FORFEITURE |
| ) | |
| LEONEL RODRIGUEZ-FARIAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

WHEREAS, in an Indictment filed in the U.S. District Court for the Northern District of Ohio in Case No. 1:06CR463 on or about September 26, 2006, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant pursuant to 21 U.S.C. § 853 as properties constituting and properties which were derived from proceeds the Defendant obtained directly or indirectly as the result of the commission of the violation of Title 21, United States Code, Sections 846 and 841(a)(1), as charged in the Indictment, and were used or intended to be used in any manner or part to commit and to facilitate the commission of such violation; and

WHEREAS, on or about March 28, 2007, a consent to transfer jurisdiction under Rule 20 was filed in Case No. 07cr0819-L , transferring the case to the Southern District of California; and

WHEREAS, on or about May 15, 2007, the above-named Defendant, LEONEL RODRIGUEZ-FARIAS ("Defendant"), pled guilty before this Court to Count 1 of the Indictment,

///

1  which plea included consent to the criminal forfeiture allegation pursuant to Title 21 as set forth
2  in the Indictment; and
3       WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has
4  established the requisite nexus between the forfeited properties and the offense; and
5       WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession
6  of said properties, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal
7  Procedure; and
8       WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to
9  take custody of the following properties which were found forfeitable by the Court, namely:
10       **a.     $2,662 in U.S. Currency,**
11       **b.     $12,319 in U.S. Currency, and**
12       **c.     $7,000 in U.S. Currency**; and
13       WHEREAS, the United States, having submitted the Order herein to the Defendant through
14  his attorney of record, to review, and no objections having been received;
15       Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
16       1.     Based upon the guilty plea of the Defendant, the United States is hereby authorized
17  to take custody and control of the following assets, and all right, title and interest of Defendant
18  LEONEL RODRIGUEZ-FARIAS in the following properties are hereby forfeited to the
19  United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C.
20  § 853(n):
21       **a.     $2,662 in U.S. Currency,**
22       **b.     $12,319 in U.S. Currency, and**
23       **c.     $7,000 in U.S. Currency**
24       2.     The aforementioned forfeited assets are to be held by the United States Marshals
25  Service in its secure custody and control.
26       3.     Pursuant to Rule 32.2(b)and (c), the United States is hereby authorized to begin
27  proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights
28  of third parties.

4.      Pursuant to 21 U.S.C. § 853(n), the United States forthwith shall publish, at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshals Service's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.      This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

6.      The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7.      Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED: May 21, 2007

_M. James Lorenz_
M. James Lorenz
United States District Court Judge