UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr0819-L |
| Plaintiff, ) | FIRST AMENDED ORDER |
| ) | OF CRIMINAL FORFEITURE |
| v. ) | |
| LEONEL RODRIGUEZ-FARIAS, ) | |
| Defendant. ) | |

On May 21, 2007, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited all right, title and interest of LEONEL RODRIGUEZ-FARIAS in the properties listed in the Plea Agreement, namely,

      **a.**    **$2,662 in U.S. Currency,**

      **b.**    **$12,319 in U.S. Currency, and**

      **c.**    **$7,000 in U.S. Currency**.

The **$12,319 in U.S. Currency**, was listed incorrectly. The amount of currency actually seized was **$11,509**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The Government will continue with the ancillary proceedings in this case, including publishing notice pursuant to 21 U.S.C. § 853(n). The properties to be forfeited by the Defendant are as follows:

//

|   |   |   |
|---|---|---|
| 1 | a. | $2,662 in U.S. Currency, |
| 2 | b. | $11,509 in U.S. Currency, and |
| 3 | c. | $7,000 in U.S. Currency. |

**IT IS SO ORDERED.**

DATED: June 25, 2007

M. James Lorenz
United States District Court Judge