1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Case No. 07cr0819-L
                                      )
11                Plaintiff,          )   SECOND AMENDED ORDER
                                      )   OF CRIMINAL FORFEITURE
12         v.                         )
                                      )
13   LEONEL RODRIGUEZ-FARIAS,         )
                                      )
14                Defendant.          )
                                      )
15   _____)

16        On May 21, 2007, this Court entered its Preliminary Order of Criminal Forfeiture, which

17   condemned and forfeited all right, title and interest of LEONEL RODRIGUEZ-FARIAS in the

18   properties listed in the Plea Agreement (and corrected by the June 25, 2007 First Amended Order),

19   namely,

20         **a.      $2,662 in U.S. Currency,**

21         **b.      $11,509 in U.S. Currency, and**

22         **c.      $7,000 in U.S. Currency**.

23        On July 27, August 3 and August 10, 2007, the United States published, in a newspaper

24   of general circulation, notice of the Court's Order and the United States' intent to dispose of

25   the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n),

26   and further notifying all third parties of their right to petition the Court within thirty (30) days for

27   a hearing to adjudicate the validity of their alleged legal interest in the properties.

28   //

1    There were no potential third parties known to the United States to have alleged an interest
2    in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.
3    Thirty (30) days have passed following the final date of notice by publication, and no third
4    party has made a claim to or declared any interest in the forfeited properties described above.
5    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result
6    of the failure of any third party to come forward or file a petition for relief from forfeiture as
7    provided by law, all right, title and interest of LEONEL RODRIGUEZ-FARIAS and any and all
8    third parties in the following properties are hereby condemned, forfeited and vested in the
9    United States of America:
10        a.    **$2,662 in U.S. Currency,**
11        b.    **$11,509  in U.S. Currency, and**
12        c.    **$7,000 in U.S. Currency**.
13    IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the
14    Federal Bureau of Investigation, and any other governmental agencies which were incident to the
15    seizure, custody and storage of the properties be the first charge against the forfeited properties.
16    IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the
17    forfeited properties according to law.
18    **IT IS SO ORDERED.**
19
20    DATED:  October 17, 2007
21    _____
22    M. James Lorenz
      United States District Court Judge
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07cr0819